# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 22, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157813-5(59)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JESSIE HAYES,
      Defendant-Appellant.

_____/

SC: 157813
COA: 339543
Oakland CC: 1990-097706-FC

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DONYELLE MICHAEL BLACK,
      Defendant-Appellant.

_____/

SC: 157814
COA: 339544
Oakland CC: 1988-083715-FC

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JEMAL TIPTON,
      Defendant-Appellant.

_____/

SC: 157815
COA: 339547
Oakland CC: 1987-078538-FC

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer to the applications for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before July 17, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2018



Clerk